UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case Number: 09-09323-8-SWH |
| | ) | |
| CHARLES WINSTON ROGERS, JR. | ) | |
| SS#: xxx-xx-5776 | ) | |
| JANICE SHERRON ROGERS | ) | |
| SS#: xxx-xx-9349 | ) | |
| Mailing Address: | ) | |
|     4174 Culbreth Road | ) | |
|     Stem, NC 27851 | ) | |
| | ) | |
|     Debtors. | ) | Chapter 13 |
| | ) | |
| CHARLES WINSTON ROGERS, JR. and | ) | |
| JANICE SHERRON ROGERS, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding No.: |
| | ) | 10-00117-8-SWH |
| HSBC BANK NEVADA, N.A., | ) | |
| | ) | |
|     Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

    IT IS STIPULATED by the parties that this action be voluntarily dismissed pursuant to Rule 41(a) (1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable in this proceeding by virtue of Rule 7041 of the Federal Rules of Bankruptcy Procedure.

    This the 30th day of August, 2010.

| | |
|---|---|
| s./ Joseph A. Bledsoe, III | s./ Donald R. Pocock |
| Law Offices of John T. Orcutt, P.C. | Nelson Mullins Riley & Scarborough, L.L.P. |
| Attorney for Plaintiffs | Attorney for Defendant |
| 6616-203 Six Forks Road | 380 Knollwood Street, Ste. 530 |
| Raleigh, NC 27615 | Winston-Salem, NC 37103 |
| (919) 847-9750 | (336) 774-3333 |
| NC State Bar No.: 19817 | NC State Bar No.: 29393 |
| jbledsoe@johnorcutt.com | Donald.Pocock@nelsonmullins.com |

## CERTIFICATE OF SERVICE

  I, Joseph A. Bledsoe, III certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on August 30, 2010, I served copies of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL** on the following parties:

Donald R. Pocock
Nelson Mullins Riley & Scarborough, L.L.P.
Attorney for HSBC Nevada, N.A.
380 Knollwood Street, Ste. 530
Winston-Salem, NC 37103

John F. Logan
Chapter 13 Trustee
P. O. Box 61039
Raleigh, NC 27661-1039

  Unless <u>automatic electronic noticing</u> is indicated on the confirmation provided by the Court upon the filing of such Notice and Objection, service was affected by **regular U.S. mail,** first-class postage prepaid.

               /s Joseph A. Bledsoe, III
               Joseph A. Bledsoe, III